IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

David M. Carnrike
Plaintiff

vs

CIVIL ACTION NO: 14-429-KD-B

Titusville Herald
Joshua Sterling
Defendants

FILED SEP 15 '14 PM 12:14 USDCALS

The right of a free press is guaranteed in the First Amendment of the Bill of Rights and in Article 1 §7 of the Pennsylvania Constitution. However, this does not give the Titusville Herald and Mr. Joshua Sterling the right to publish false and misleading information to purposely defame my reputation.. False and defamatory statements were written and caused to be published which for the sole and only primary purpose of harming my reputation as a minister of the Gospel of Jesus Christ and has caused and exposed (and because it is on the internet - is still causing) me public hatred, contempt and ridicule. It did in fact caused such harm to my reputation that I could not function as a minister of the Lord Jesus Christ in Northwestern Pennsylvania - it is also harming me because the libelous article is on the internet so that I cannot function without contempt my ministry of the Lord Jesus Christ.

The libelous newspaper article was published in the Titusville Herald, located in Titusville, Pennsylvania and was written by Joshua Sterling on Sept 5, 2013. Even

the Headline which read "Leader of School gone, signs point to fraud," was meant to destroy my reputation - No one other than I - was mocked even though my trip was temporary and I was not "GONE." I have a right to go anywhere in the United States and I do not have to answer to that newspaper where I travel or how long that I can stay. Anyway there were at least a dozen persons who where associated with the work - and the newspaper made it a point to libel my good name only and me only.

In that article Sterling and the newspaper publish false and/or misleading information concerning me and the ministries that I represented - Since all the information on my ministries can be had simply by going to the Secretary of State Alabama web site and the IRS web site - any person must conclude that the misleading and false information was deliberately published for the sole purpose of destroying my efforts of starting a ministry in Crawford County and surrounding areas of Northwestern Pennsylvania.

I am asking the court to order that the Titusville Herald to take the libelous article off the internet immediately. I am also requesting that the newspaper correct the misleading and lies printed in that article.

If the newspaper does not take down the article immediately - I am asking the court to impose $5,000 a day punitive damage for each day that it has been on the internet and also award punitive damages of $1,000,000 to me from each defendant. If the paper does the above there is no need of punitive damages - that is not my purpose of filing this suit.

(More)

I do not want the money - I just want my reputation to be restored - the paper has no right to destroy a ministry of any minister - no newspaper has that right - no government has that right.

_____
David M. Carnrike
27435 Park Drive
Orange Beach, AL 36561
251-591-7589
